In the

# United States Court of Appeals

For the Eleventh Circuit

---

No. 25-14134

---

In re: TIRON ALEXANDER,

*Debtor.*

---

TIRON ALEXANDER,

*Plaintiff-Appellant.*

---

Appeal from the United States District Court
for the Middle District of Georgia
D.C. Docket No. 5:25-cv-00308-MTT

---

Before JORDAN and BRASHER, Circuit Judges.

BY THE COURT:

Tiron Alexander is a pro se civil litigant seeking leave to proceed in forma pauperis ("IFP") on appeal from the district court's orders denying his motions for IFP on appeal from the bankruptcy

court's order denying his motions to reopen bankruptcy proceedings, for a continuance, and for reconsideration. He has now moved for reconsideration of this Court's May 28, 2026, order denying IFP. After careful review, Alexander's motion for reconsideration is DENIED as he has offered no new evidence or arguments of merit to warrant relief.